# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134608(83)

In re Petition of WAYNE COUNTY
TREASURER for Foreclosure.
_____/

WAYNE COUNTY TREASURER and
AVENUE INVESTORS,
       Petitioners-Appellees,

and

STATE OF MICHIGAN,
       Petitioner-Appellant,

v

HENRY WATSON II,
       Respondent-Appellee.

_____/

SC: 134608
COA: 265426
Wayne CC: 03-318698-PZ

On order of the Court, the motion for reconsideration of this Court's order of December 14, 2007 is considered, and it is GRANTED. On reconsideration, we MODIFY our order dated December 14, 2007. For the reasons stated in that order, the Court of Appeals erred in reversing the Wayne Circuit Court's decision setting aside the foreclosure sale. But rather than reinstate the circuit court's order, we REMAND this case to the Court of Appeals for consideration of the remaining issues raised by the respondent in that court but not addressed, in light of its prior disposition.

We do not retain jurisdiction.

MARKMAN, J., would deny leave to appeal for the reasons set forth in his dissenting statement in this case, 480 Mich 981 (2007).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

d0317

_____
Clerk